AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:22-cr-00303 |
|---|---|---|
| v. | ) | Assigned to: Judge Berman Jackson, Amy |
| Eugene Tracy Hill (a/k/a Geno, a/k/a Cheese) | ) | Assign Date: 3/28/2023 |
| Diante Arik Wiley (a/k/a Sleez, a/k/a Taybino) | ) | Description: SUPERSEDING INDICTMENT (B) |
| Broadus Jamal Daniels (a/k/a Wardy) | ) | Related Case No: 22-cr-00303 (ABJ) |
| Andre Alonte Willis (a/k/a Boogie) | ) | |
| *Defendant* | | |

U.S. MARSHAL-DC AM11:0
RECEIVED MAR 29 '23

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andre Alonte Willis (a/k/a Boogie)

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☑ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute 100 Kilograms or More of Marijuana and a Detectable Amount of Oxycodone)
18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License)
18 U.S.C. § 924(o) (Conspiracy to Use, Carry, and Possess Firearms, Including Semi-Automatic Assault Rifles and Machineguns, During, in Relation to, and in Furtherance of Drug Trafficking)
21 U.S.C. § 922(o) (Illegal Possession and Transfer of a Machinegun)
18 U.S.C. § 924(c)(1)(B)(ii) (Using, Carrying, and Possessing a Machinegun During, in Relation to, and in Furtherance of, a Drug Trafficking Offense)
21 U.S.C. §§ 841(a)(1), (b)(1)(D) (Possession with Intent to Distribute Marijuana)
18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of, a Drug Trafficking Offense)

FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)

Date: 03/28/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.03.28 16:36:36 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC         Robin M. Meriweather U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/29/2023, and the person was arrested on *(date)* 4/13/2023
at *(city and state)* Washington DC.

Date: 4/13/2023

*Arresting officer's signature*

Alex Adkins  DUSM
*Printed name and title*