UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 22-0303-3 (ABJ) |
| ) | |
| BROADUS JAMAL DANIELS, ) | |
| also known as "Wardy," ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

### COUNT ONE

With respect to Count One, Conspiracy to Distribute, or Possess with Intent to Distribute, Marijuana, how do you find defendant BROADUS JAMAL DANIELS?

_____          ____✓_____
Not Guilty                                              Guilty

**If you find the defendant NOT GUILTY as to Count One, you need not consider Count Two or Count Five, and you should go on to Count Four and then Count Fourteen.**

**If you find the defendant GUILTY as to Count One, you must go on to Count Two, and the counts that follow.**

### COUNT TWO

With respect to Count Two, Conspiracy to Use and Carry Firearms During and in Relation to, or to Possess Firearms in Furtherance of, a Drug Trafficking Offense, how do you find defendant BROADUS JAMAL DANIELS?

_____          ____✓_____
Not Guilty                                              Guilty

1

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count Two took at least one action for the purpose of carrying out the conspiracy. Since your decision must be unanimous as to what that act was, please identify at least one alleged overt act that you unanimously agree was done for the purpose of carrying out the conspiracy: __6__

**If you find the defendant NOT GUILTY as to Count Two, go on to Count Four.**

**If you find the defendant GUILTY as to Count Two, you must answer the following question:**

Do you find that defendant BROADUS JAMAL DANIELS conspired to Use, Carry, or Possess at least one "machinegun"?

| No | ✓ Yes |
|---|---|

### COUNT FOUR

With respect to Count Four, Illegal Possession of a Machinegun on August 8, 2019, how do you find defendant BROADUS JAMAL DANIELS?

| Not Guilty | ✓ Guilty |
|---|---|

**If you find the defendant NOT GUILTY of Count Four, you need not go on to consider Count Five.**

**If you find the defendant GUILTY of both Count One and Count Four, you must go on to consider Count Five.**

## COUNT FIVE

With respect to Count Five, Using or Carrying a Machinegun During or in Relation to, or Possessing a Machinegun in Furtherance of, a Drug Trafficking Offense on August 8, 2019, how do you find defendant BROADUS JAMAL DANIELS?

_____        ✓ _____
Not Guilty                                          Guilty

## COUNT FOURTEEN

With respect to Count Fourteen, Possession With Intent to Distribute Marijuana on or about March 31, 2023, how do you find defendant BROADUS JAMAL DANIELS?

_____        ✓ _____
Not Guilty                                          Guilty

## COUNT FIFTEEN

With respect to Count Fifteen, Possession With Intent to Distribute Cocaine Base on or about March 31, 2023, how do you find defendant BROADUS JAMAL DANIELS?

✓ _____        _____
Not Guilty                                          Guilty

**If you found the defendant NOT GUILTY as to both Count Fourteen and Fifteen, you need not consider either Count Eighteen or Nineteen.**

## COUNT SIXTEEN

With respect to Count Sixteen, Illegal Possession of a Machinegun on or about March 31, 2023, how do you find defendant BROADUS JAMAL DANIELS?

_____        ____✓_____
Not Guilty                                  Guilty

**If you find the defendant NOT GUILTY of Count Sixteen, you need not consider Count Nineteen.**

## COUNT SEVENTEEN

With respect to Count Seventeen, Unlawful Possession of Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year on or about March 31, 2023, how do you find defendant BROADUS JAMAL DANIELS?

_____        ____✓_____
Not Guilty                                  Guilty

**If you find the defendant NOT GUILTY of Count Seventeen, you need not consider Count Eighteen.**

**If you found the defendant GUILTY as to either Count Fourteen or Fifteen, and you found the defendant GUILTY of Count Seventeen, you must go on to consider Count Eighteen.**

4

## COUNT EIGHTEEN

With respect to Count Eighteen, Using or Carrying a Firearm During or in Relation to, or Possessing a Firearm in Furtherance of, a Drug Trafficking Offense on or about March 31, 2023, how do you find defendant BROADUS JAMAL DANIELS?

_____           ✓ _____
Not Guilty                                   Guilty

**If you found the defendant GUILTY as to either Count Fourteen or Fifteen, and you found the defendant guilty of Count Sixteen, you must go on to consider Count Nineteen.**

## COUNT NINETEEN

With respect to Count Nineteen, Using or Carrying a Machinegun During or in Relation to, or Possessing a Machinegun in Furtherance of, a Drug Trafficking Offense on or about March 31, 2023, how do you find defendant BROADUS JAMAL DANIELS?

_____           ✓ _____
Not Guilty                                   Guilty

SO SAY WE ALL, this 16 day of September 2024.

_____ [redacted]
FOREPERSON

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDRE ALONTE WILLIS,<br>also known as "Boogie,"<br><br>Defendant. | Crim. Action No. 22-0303-4 (ABJ) |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

### COUNT ONE

With respect to Count One, Conspiracy to Distribute, or Possess with Intent to Distribute, Marijuana, how do you find Defendant ANDRE ALONTE WILLIS?

_____          ✓ _____
Not Guilty                                          Guilty

**If you find the defendant NOT GUILTY as to Count One, go on to Count Two. Also, if you find the defendant NOT GUILTY as to Count One, you need not consider Count Seven.**

**If you find the defendant GUILTY as to Count One, you must answer the following question:**

Do you find that defendant ANDRE ALONTE WILLIS conspired to Distribute, or Possess with Intent to Distribute, 100 Kilograms or More of Marijuana?

_____          ✓ _____
No                                                     Yes

1

## COUNT TWO

With respect to Count Two, Conspiracy to Use and Carry Firearms During and in Relation to, or to Possess Firearms in Furtherance of, a Drug Trafficking Offense, how do you find defendant ANDRE ALONTE WILLIS?

_____     _____✓_____
Not Guilty                                 Guilty

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count Two took at least one action for the purpose of carrying out the conspiracy. Since your decision must be unanimous as to what that act was, please identify at least one alleged overt act that you unanimously agree was done for the purpose of carrying out the conspiracy: __16__

**If you find the defendant NOT GUILTY as to Count Two, go on to Count Six.**

**If you find the defendant GUILTY as to Count Two, you must answer the following question:**

Do you find that defendant ANDRE ALONTE WILLIS conspired to Use, Carry, or Possess at least one "machinegun"?

_____     _____✓_____
No                                              Yes

## COUNT SIX

With respect to Count Six, Illegal Possession of a Machinegun on or about June 7, 2020, how do you find defendant ANDRE ALONTE WILLIS?

_____✓_____     _____
Not Guilty                                 Guilty

**If you find the defendant NOT GUILTY of Count Six, you need not go on to Count Seven.**

2

**If you find the defendant GUILTY of both Count One and Count Six, you must go on to Count Seven.**

## COUNT SEVEN

With respect to Count Seven, Using or Carrying a Machinegun During or in Relation to, or Possessing a Machinegun in Furtherance of, a Drug Trafficking Offense on or about June 7, 2020, how do you find defendant ANDRE ALONTE WILLIS?

_____          _____
Not Guilty                                    Guilty

## COUNT TEN

With respect to Count Ten, Illegal Possession and Transfer of a Machinegun on or about between February 1, 2021 and February 21, 2021, how do you find defendant ANDRE ALONTE WILLIS?

_____          _____✓_____
Not Guilty                                    Guilty

## COUNT TWENTY

With respect to Count Twenty, Possession With Intent to Distribute Marijuana on or about April 13, 2023, how do you find defendant ANDRE ALONTE WILLIS?

_____          _____✓_____
Not Guilty                                    Guilty

**If you find the defendant NOT GUILTY as to Count Twenty, you need not consider Count Twenty-One.**

3

**If you find the defendant GUILTY as to Count Twenty, you must go on to consider Count Twenty-One.**

### COUNT TWENTY-ONE

With respect to Count Twenty-One, Using or Carrying a Firearm During or in Relation to, or Possessing a Firearm in Furtherance of, a Drug Trafficking Offense on or about April 13, 2023, how do you find defendant ANDRE ALONTE WILLIS?

_____          ✓ _____
Not Guilty                                              Guilty

SO SAY WE ALL, this 16 day of September, 2024.

4